**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZETTE NOGALI, AN INDIVIDUAL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRANSCON FINANCIAL, )<br>INC., A CALIFORNIA )<br>CORPORATION, )<br>)<br>Defendants. )<br>_____ | Case No. EDCV 14-00206-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Transcon Financial Inc. is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>April 23, 2014</u>

                                                         */s/ Virginia A. Phillips*
                                                    VIRGINIA A. PHILLIPS
                                         United States District Judge